United States District Court
Southern District of Texas
**ENTERED**
January 13, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVE CALDERONE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-25-3942 |
| | § | |
| APPLE, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

By Order entered December 15, 2025, Plaintiff was permitted ten (10) days to file a written response to show good cause, if any exists, why this case should not be dismissed without prejudice for want of prosecution.

Plaintiff has failed to respond to the Order, and has shown no reason that this case should not be dismissed for want of prosecution. Accordingly, it is

ORDERED that this case is DISMISSED without prejudice for want of prosecution.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 13TH day of January, 2026.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE